July 20, 2016

 BY CM/ECF & U.S. MAIL

The Honorable Joel Schneider
United States Magistrate Judge
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Street
Camden, New Jersey 08101

Re:      <u><i>Block v. RBS Citizens, N.A., Inc.</i>, 1:15-CV-01524 (JHR)(JS)</u>

Dear Judge Schneider:

        We represent the Parties in the above-captioned matter.  During the May 5, 2016, conference, the
Parties advised the Court that they had entered into a framework for a class settlement.  Subsequently, the
Court set July 29, 2016, as the date by which the Parties would submit a motion for preliminary approval
of the settlement (the "Motion").  Since that time, the Parties have been working together to finalize the
documentation and identify the members of the settlement class who will receive notice.  Despite the
Parties' best efforts, we will not be in a position to file the Motion by July 29.  Since our last conference,
Defendant, in consultation with Plaintiff, determined to engage a third-party vendor to conduct a manual
review of loans to identify whether the account holders are members of the settlement class that will be
proposed.  Depending on the results of the review, Defendant will also provide data to its expert to
determine whether any of the account holders are members of the settlement class.  Therefore, the Parties
request an extension to file the Motion on or before September 9, 2016.

        We appreciate the Court's consideration of this request.

Respectfully submitted,

By:  <u>s/Stephen P. DeNittis</u>
      Stephen P. DeNittis (SD-0016)
      sdenittis@denittislaw.com
      DeNITTIS OSEFCHEN, P.C.
      5 Greentree Centre
      525 Route 73 North, Suite 410
      Marlton, NJ  08053
      Telephone:  (856) 797-9951
      *Attorneys for Plaintiff*

By:  <u>s/Jennifer L. Del Medico</u>
      Jennifer L. Del Medico (JD-9913)
      jdelmedico@jonesday.com
      JONES DAY
      222 East 41st Street
      New York, NY  10017
      Telephone:  (212) 326-3939
      Facsimile:  (212) 755-7306
      *Attorneys for Defendant*
      *Citizens Bank, N.A.*

→For good cause shown
requested extension GRANTED.

So Ordered this 21st day
of _____, 20 16

JOEL SCHNEIDER, USMJ