## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARC BLOCK, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>RBS CITIZENS, NATIONAL ASSOCIATION, INC., d/b/a "Charter One",<br><br>        Defendant. | 1:15-CV-01524 (JHR) (JS) |

## MOTION TO GRANT PRELIMINARY APPROVAL

Please take notice that on a date and time to be set by the Court, plaintiff, through his undersigned counsel, shall move, pursuant to Federal Rule of Civil Procedure 23, for an order granting preliminary approval to proposed class action settlement, to approve distribution of proposed settlement notice and to set a hearing date for a formal fairness hearing on proposed settlement.

In support of this motion, plaintiff shall rely upon the memorandum and exhibits filed herewith.

                                                                           **DeNITTIS OSEFCHEN, P.C.**
                                                                           Attorneys for Plaintiffs

                                                  BY:   */s/ Stephen P. DeNittis*
                                                                  Stephen P. DeNittis (SPD-0016)
                                                                  Joseph A. Osefchen (JO-5422)
                                                                525 Route 73 North, Suite 410
                                                                Marlton, NJ 08053
                                                                856-797-9951 – phone
                                                                856-797-9978 – fax
                                                               Attorneys for Plaintiff

Dated: September 9, 2016