## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARC BLOCK, on behalf of himself and all others similarly situated,<br><br>          Plaintiff,<br><br>    v.<br><br>RBS CITIZENS, NATIONAL ASSOCIATION, INC., d/b/a "Charter One",<br><br>          Defendant. | 1:15-CV-01524 (JHR) (JS)<br><br>**NOTICE OF <u>UNOPPOSED MOTION</u> TO GRANT FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT**<br><br>**Motion Day:  June 21, 2017**<br>**11:00 a.m.** |

To:    Jennifer L. Del Medico, Esquire        Albert J. Rota, Esquire
        Jones Day                                                Jones Day
        222 East 41st Street                          2727 North Harwood Street
        New York, NY  10017                      Dallas, TX 75201
        Telephone:  (212) 326-3658             Telephone:  (214) 969-3939

        **PLEASE TAKE NOTICE** that on June 21, 2017 at 11:00 a.m., as set forth in the January 10, 2017 Preliminary Approval Order (Dkt. No. 35), the undersigned counsel for Plaintiff Marc Block shall move before the Joseph H. Rodriguez, U.S.D.J., at the Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, New Jersey for entry of an order granting final approval of certification of a settlement class and proposed class action settlement.

        **PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Plaintiff shall rely upon the annexed memorandum of law and its attachments.

        **PLEASE TAKE FURTHER NOTICE** that pursuant to Local Civil Rule 7.1(e), a proposed form of order is concurrently being submitted herewith.

1

         **DeNITTIS OSEFCHEN & PRINCE, P.C.**
         Attorneys for Plaintiff

  BY: */s/ Stephen P. DeNittis*
     Stephen P. DeNittis (SD-0016)
     Joseph A. Osefchen (JO-5422)
     Shane T. Prince (SP-0947)
     525 Route 73 North, Suite 410
     Marlton, NJ 08053
     Telephone:  (856) 797-9951
     Facsimile:  (856) 797-9978
     sdenittis@denittislaw.com

Dated:  May 22, 2017